IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANTHONY J. ALFIERI-CRISPIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15cv608 (AJT/MSN) |
| ) | |
| LI TING, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 23] of the Magistrate Judge, recommending that default judgment be entered *in rem* against the domain name <x3.com> in favor of Plaintiff Anthony J. Alfieri-Crispin.[1] No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Entry of Default Judgment [Doc. No. 18] be, and the same hereby is, GRANTED; and it is further

ORDERED that the registry VeriSign, Inc. change the registrar of record for <x3.com> from the current registrar, eName.com, to an alternate registrar as directed by Plaintiff's counsel and that the alternate registrar take all necessary steps to register the subject domain name <x3.com> in the name of the Plaintiff; and it is further

---

[1] As noted in the Report and Recommendation and pursuant to 15 U.S.C. § 1125(d)(2)(A), while there is *in rem* jurisdiction over the domain name <x3.com> this Court does not have personal jurisdiction over the alleged registrant "Li Ting" – the individual alleged to have taken control of the subject domain name with the intent to profit from a resale. Accordingly, the judgment in this matter pertains solely to the domain name <x3.com>.

ORDERED that Plaintiff's remaining claims be, and the same hereby are, DISMISSED without prejudice as requested in the motion for default judgment.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 55 and 58, and to send a copy of this Order to all counsel of record and to the alleged registrant "Li Ting" at

    Zhonggouhenanzhengzhoushi Street
    Zhengzhoushi, Henan, China 450000
    <christina132@outlook.com>

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 11, 2015